UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA AGUIRRE MANCILLA, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>SEA WORLD PARKS, a Delaware corporation; DOE MANAGER (DOE 1); DOE EMPLOYEE (DOE 2); and DOES 3 through 50, inclusive,<br><br>          Defendants. | Case No.: 3:23-cv-01944-W-VET<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE**<br><br>[Doc. No. 21] |

Before the Court is a Joint Stipulation to Continue the Status Conference (the "Joint Motion").[1] Doc. No. 21. Therein, the parties request to continue the Status Conference currently set for June 28, 2024 to various potential dates in July. *Id.* at 2. They represent that Plaintiff's counsel is unavailable on June 28 due to "previously scheduled motions in San Diego Superior Court." *Id.* This is the parties' first request to modify dates in the

---

[1] While the parties titled their motion as a "Joint Stipulation," they filed it as a "Joint Motion" on the docket in accordance with Local Civ. R. 7.2.b.

1

Scheduling Order. *See* Doc. No. 15. Based on a review of the Joint Motion and the record, and good cause appearing, the parties' request to continue the Status Conference is **GRANTED**.

The Court **RESETS** the Status Conference from June 28, 2024 at 11:00 a.m. to **July 8, 2024** at **1:00 p.m.** before Magistrate Judge Valerie E. Torres. All other aspects of the Scheduling Order remain in effect.

**IT IS SO ORDERED.**

Dated: June 24, 2024

Honorable Valerie E. Torres
United States Magistrate Judge